479 A.2d 1140

Commonwealth v. Apple, Appellant.

 Argued April 4, 1984. Jordan D. Cunningham, for appellant; Floyd P. Jones, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Judgment of sentence affirmed.